
SEALED

E-FILED
Thursday, 07 February 2008 07:48:08 AM
Clerk, U.S. District Court, ILCD

FEB - 6 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08-30011 |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. §666 |
| JANESE E. JORDAN, | ) | 18 U.S.C. §669 |
| | ) | 18 U.S.C. §1341 |
| Defendant. | ) | |

### INDICTMENT

### COUNT 1

**THE GRAND JURY CHARGES**:

From in or about December, 2004, through on or about December, 2005, in Irving, in the Central District of Illinois,

**JANESE E. JORDAN**,

defendant herein, did knowingly and intentionally devise and intend to devise a scheme and artifice to defraud the Continuing Recovery Center, Inc. (CRC), a health care program, and to obtain money and other property by means of false and fraudulent pretense, representations and promises.

1. Background

a. The CRC was formed in Irving, Illinois, and was structured as a not-for-profit corporation. Its purpose was to establish and maintain a local residential facility providing a supportive environment to those recovering from alcohol and/or substance abuse or addiction, with the goal of returning the individual to the community as a responsible and productive

citizen.

      b.      The management of the CRC is vested in a Board of Directors ("the Board"), consisting of seven (7) individuals. This Board of Directors formed policies to be followed by the CRC, and generally controlled the operating funds and capital assets for the use and benefit of the CRC. The Board of Directors was also responsible for the hiring and supervision of an Executive Director of the CRC.

      c.      The day-to-day supervision of all programs, revenue and expenditures of the CRC was the responsibility of the Executive Director, under the general direction of the Board of Directors.

      d.      In or about November, 2004, Janese E. Jordan applied to be the Executive Director of the CRC. In her application for employment, Jordan represented to the Board that she had a "Bachelors of Science" degree in "addiction therapy and treatment" and a Masters degree in "Human Services" from "St. Regis University." Jordan also supplied the Board with a transcript from the "university" which listed such classes as "principles in econ." and "addiction therapy and treatment." Jordan did not disclose that the "degrees" and transcripts were purchased by her for $1114.00 from an internet entity, and that she never attended any classes or participated in any courses from St. Regis University. Based at least partially on these misrepresentations, Jordan was hired as Executive Director in December, 2004.

      e.      As Executive Director, Jordan was entrusted by the board members of the CRC to act as the authorized agent for the CRC, and to act in the best interests of the CRC, free from dishonesty, corruption, conflict of interest and fraud.

      4.      Despite the trust put into Jordan by the CRC officers and board members, during

the period of time from in or about December of 2004 through December of 2005, Jordan engaged in a series of activities to defraud the CRC, and to obtain the money and property of the CRC by means false and fraudulent pretenses and representations.

5.  During this period, Jordan knowingly and willfully obtained by fraud, and by false and fraudulent pretenses and representations and promises, over $50,000 of the money, funds and property of the CRC for her own use and benefit, and for the use and benefit of her friends and family members. Among the ways Jordan obtained this money was through the forging of signatures on checks, the submission of false invoices for reimbursement, and the use of the funds of the CRC for personal expenses.

6.  On or about February 28, 2005, in Irving, in the Central District of Illinois,

**JANESE E. JORDAN,**

defendant herein, for the purpose of executing said scheme did knowingly cause to be delivered by the United States mail, according to the direction thereon, an envelope containing an envelope containing invoices for the cellular telephone service for three cellular telephones, all of which were used by Jordan, her family and friends, which was mailed to Continuing Recovery Center, Inc., P.O. Box 130, Irving, IL,

All in violation of Title 18, United States Code, Section 1341.

## COUNT 2

1. The grand jury realleges and reaffirms the allegations in paragraphs 1 through 5 of Count 1 of this indictment as though fully set forth herein.

2. On or about March 28, 2005, in Irving, in the Central District of Illinois,

**JANESE E. JORDAN,,**

defendant herein, for the purpose of executing said scheme did knowingly cause to be delivered by the United States mail, according to the direction thereon, an envelope containing invoices for the cellular telephone service for four cellular telephones, all of which were used by Jordan, her family and friends, which was mailed to Continuing Recovery Center, Inc., P.O. Box 130, Irving, IL,

All in violation of Title 18, United States Code, Section 1341.

## COUNT 3

1.  The grand jury realleges and reaffirms the allegations in paragraphs 1 through 5 of Count 1 of this indictment as though fully set forth herein.

2.  On or about July 23, 2005, in Irving, in the Central District of Illinois, and elsewhere,

**JANESE E. JORDAN,**

defendant herein, did knowingly and willfully embezzle, steal, and otherwise without authority convert to her own use or to the use of another other than the rightful owner, and did intentionally misapply the funds of a health care benefit program as that term is defined under 18 U.S.C. §24(b), to wit, the CRC, by purchasing a large-screen television set from Best Buy, and having it delivered to her home, for her own use, and paying for such with a check drawn on the accounts of the CRC;

All in violation of Title 18, United States Code, Section 669.

## COUNT 4

1. The grand jury realleges and reaffirms the allegations in paragraphs 1 through 5 of Count 1 of this indictment as though fully set forth herein.

2. On or about August 18, 2005, in Irving, in the Central District of Illinois, and elsewhere,

**JANESE E. JORDAN**,

defendant herein, did knowingly and willfully embezzle, steal, and otherwise without authority convert to her own use or to the use of another other than the rightful owner, and did intentionally misapply the funds of a health care benefit program as that term is defined under 18 U.S.C. §24(b), to wit, the CRC, by falsifying and submitting a receipt for expense reimbursement, and then writing and negotiating a check made out to Janese E. Jordan in the amount of $994.98 and drawn on the accounts of the CRC;

All in violation of Title 18, United States Code, Section 669.

## COUNT 5

1.  The grand jury realleges and reaffirms the allegations in paragraphs 1 through 5 of Count 1 of this indictment as though fully set forth herein.

2.  On or about May 10, 2005, in Irving, in the Central District of Illinois, and elsewhere,

**JANESE E. JORDAN,**

defendant herein, did knowingly and willfully embezzle, steal, and otherwise without authority convert to her own use or to the use of another other than the rightful owner, and did intentionally misapply the funds of a health care benefit program as that term is defined under 18 U.S.C. §24(b), to wit, the CRC, by forging the signature on a check drawn on the accounts of the CRC, and directing the check to "Smiles For Life" in the amount of $950.00 to pay for the dental work of another;

All in violation of Title 18, United States Code, Section 669.

## COUNT 6

1.  The grand jury realleges and reaffirms the allegations in paragraphs 1 through 5 of Count 1 of this indictment as though fully set forth herein.

2.  On or about December 4, 2005, in Irving, in the Central District of Illinois, and elsewhere,

**JANESE E. JORDAN,**

defendant herein, did knowingly and willfully embezzle, steal, and otherwise without authority convert to her own use or to the use of another other than the rightful owner, and did intentionally misapply the funds of a health care benefit program as that term is defined under 18 U.S.C. §24(b), to wit, the CRC, by forging the signature on a check drawn on the accounts of the CRC, and directing the check to "Chase" in the amount of $543.94 to pay for the personal credit card bill of another;

All in violation of Title 18, United States Code, Section 669.

## COUNT 7

1. The grand jury realleges and reaffirms the allegations in paragraphs 1 through 5 of Count 1 of this indictment as though fully set forth herein.

2. On or about November 16, 2005, in Irving, in the Central District of Illinois, and elsewhere,

**JANESE E. JORDAN,**

defendant herein, did knowingly and willfully embezzle, steal, and otherwise without authority convert to her own use or to the use of another other than the rightful owner, and did intentionally misapply the funds of a health care benefit program as that term is defined under 18 U.S.C. §24(b), to wit, the CRC, by forging the signature on a check drawn on the accounts of the CRC, and directing the check to "Bald Brothers" in the amount of $950.00 to pay for the repair of her personal vehicle;

All in violation of Title 18, United States Code, Section 669.

## COUNT 8

1.     The grand jury realleges and reaffirms the allegations in paragraphs 1 through 5 of Count 1 of this indictment as though fully set forth herein.

2.     On or about April 27, 2005, in Irving, in the Central District of Illinois, and elsewhere,

**JANESE E. JORDAN**,

defendant herein, did knowingly and willfully embezzle, steal, and otherwise without authority convert to her own use or to the use of another other than the rightful owner, and did intentionally misapply the funds of a health care benefit program as that term is defined under 18 U.S.C. §24(b), to wit, the CRC, misdirecting CRC funds to "Leisure World Health Club," in the amount of $700.00 to pay for a family membership in a health club;

All in violation of Title 18, United States Code, Section 669.

## COUNT 9

1. The grand jury realleges and reaffirms the allegations in paragraphs 1 through 5 of Count 1 of this indictment as though fully set forth herein.

2. The CRC was an organization that received federal assistance, through grants directed by the State of Illinois, in excess of $10,000 during each of the one year period beginning January 1, 2005 and ending December 31, 2005.

3. From on or about January 1, 2005 to on or about December 31, 2005 in the Central District of Illinois,

**JANESE E. JORDAN,**

defendant herein, did knowingly obtain by fraud and otherwise without authority convert to the use of herself and other persons other than the rightful owner, property valued at $5,000 or more and owned by and under the care, custody, and control of the CRC;

In violation of Title 18, United States Code, Section 666.

A True Bill.

*[signature]*
Foreperson

*[signature]* Patrick Chesley for
RODGER A. HEATON
UNITED STATES ATTORNEY

PDH