# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | WARRANT FOR ARREST |
| Plaintiff | ) | |
| | ) | |
| vs | ) | |
| | ) | CASE NO. 08-30011 |
| JANESE E. JORDAN | ) | |
| 2928 Trendley Avenue | ) | |
| East St. Louis, IL | ) | |
| Defendant | ) | |

FILED
FEB 19 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:     THE U. S. MARSHAL and any
        AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest JANESE E. JORDAN, and bring him or her forthwith to the nearest magistrate judge to answer an Indictment charging him or her with Mail Fraud, Theft or Ebezzlement in connection with health care, Theft concerning programs receiving federal funds in violation of Title 18, United States Code, Section(s) 1341, 669, and 666.

PAMELA E. ROBINSON
Name of Issuing Officer

s/Pamela E. Robinson
_____
Signature of Issuing Officer

CLERK U.S. DISTRICT COURT
Title of Issuing Officer

2/6/2008  Springfield, IL
_____
Date and Location

Bail fixed at $ NO BOND  by Magistrate Judge Byron Cudmore.

### RETURN

This warrant was received and executed with the arrest of the above named defendant at East St. Louis, IL

| Date Received 2/6/08 | Name of Arresting Officer Gavin Pilant | Signature of Arresting Officer |
| Date of Arrest 2/11/08 | Title of Arresting Officer FBI Special Agent | |