UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-cr-30011 |
| | ) | Hon. Jeanne E. Scott |
| vs. | ) | United States District Judge, |
| | ) | Presiding |
| JANESE E. JORDAN, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE

NOW COMES the Defendant, JANESE E. JORDAN, by Robert J. Scherschligt, her appointed counsel, and moves this Honorable Court to continue the pre-trial and trial settings in this cause for a period of 60 days. In support thereof, the Defendant states as follows:

1. This case is set for a pre-trial conference on Friday, March 28, 2008, at 10:30 a.m., and for jury trial on Monday, April 1, 2008, at 9:00 a.m.

2. The Defendant is not in custody.

3. The Defendant has informed the undersigned counsel that she has retained private counsel, Gregory N. Wittner, Esq., of Wittner, Spewak, Maylack & Spooner, P.C., St. Louis Missouri, to represent her is this cause. The undersigned counsel has spoken with a representative of that firm, Ms. Tina Johnston, who advises that the firm is in the process of filing its entry of appearance in this cause.

4. Once private counsel enters his appearance, the undersigned counsel will file a motion to withdraw as court-appointed counsel in this cause.

5. The United States of America by Assistant United States Attorney Patrick D. Hansen has no objection to the requested continuance.

6. This Motion is not made for the purpose of delay. Rather, this Motion is made in the interests of justice for the reasons set forth herein.

WHEREFORE, the defendant, JANESE E. JORDAN, prays this Honorable Court to continue the scheduled pre-trial and jury trial settings in this cause for a period of 60 days.

        Respectfully submitted,

        JANESE E. JORDAN, Defendant,

        RICHARD H. PARSONS,
        Chief Federal Public Defender,

By:   s/ Robert J. Scherschligt
        Robert J. Scherschligt
        Assistant Federal Defender
        600 East Adams Street, 2nd Floor
        Springfield, Illinois  62701
        Telephone: (217) 492-5070
        Fax: (217) 492-5077
        E-mail: robert_scherschligt@fd.org

## PROOF OF SERVICE

I hereby certify that on March 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Patrick D. Hansen
Assistant United States Attorney
Office of the United States Attorney
318 South Sixth Street

Springfield, Illinois 62701

>By: __s/ Robert J. Scherschligt__
> Robert J. Scherschligt
> Assistant Federal Defender
> 600 East Adams Street, 2nd Floor
> Springfield, Illinois  62701
> Telephone: (217) 492-5070
> Fax: (217) 492-5077
> E-mail: robert_scherschligt@fd.org