UNITED STATES DISTRICT COURT
CENTRAL DISCTIRCT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.   3:08-cr-30011-JES-BGC |
| ) | |
| v. ) | |
| ) | |
| JANESE E. JORDAN, ) | |
| ) | |
| Defendant, ) | |

**ENTRY OF APPEARANCE**

COME NOW Wittner, Spewak, Maylack & Spooner, P.C. and Gregory N. Wittner, and herewith enters its appearance on behalf of Defendant JANESE E. JORDAN in the above-captioned matter.

Respectfully submitted,

WITTNER, SPEWAK,
   MAYLACK & SPOONER, P.C.

By:  _____/s/ Gregory N. Wittner_____
Gregory N. Wittner
Attorney for Defendant
7733 Forsyth Blvd., Suite 2000
Clayton, Missouri 63105
(314) 862-3535  Office
(314) 862-5741  Facsimile

## PROOF OF SERVICE

I hereby certify that the foregoing was made available electronically on the 9th day day of April, 2008 to : Patrick Hansen, U.S. Attorneys Office, Central District of Illinois 318 S. 6th Street, Springfield, Illinois, 62701-1806

                                                                /s/ Gregory N. Wittner