E-FILED
Wednesday, 09 April, 2008  05:18:39 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-cr-30011 |
| | ) | Hon. Jeanne E. Scott |
| vs. | ) | United States District Judge, |
| | ) | Presiding |
| JANESE E. JORDAN, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW AS APPOINTED COUNSEL**

NOW COMES Robert J. Scherschligt, Assistant Federal Defender, and moves to withdraw as appointed counsel in the above-captioned cause, and in support thereof, respectfully states as follows:

1. The undersigned counsel was appointed to represent the Defendant, JANESE E. JORDAN, on February 11, 2008.

2. Attorney Gregory N. Wittner of Wittner, Spewak, Maylack & Spooner, P.C., Clayton, Missouri, today filed his entry of appearance as private counsel on behalf of the Defendant in the above-captioned cause.

3. Because the Defendant has retained private counsel in this cause, it is appropriate that the undersigned counsel, on behalf of the Office of the Federal Public Defender for the Central District of Illinois, Springfield Division, be permitted to withdraw as appointed counsel.

WHEREFORE, the undersigned counsel prays the Honorable Court grant him leave to withdraw as appointed counsel in the above-captioned cause.

        Respectfully submitted,

        RICHARD H. PARSONS,
        Chief Federal Public Defender,

By:   s/ Robert J. Scherschligt
      Robert J. Scherschligt
      Assistant Federal Defender
      600 East Adams Street, 2nd Floor
      Springfield, Illinois 62701
      Telephone: (217) 492-5070
      Fax: (217) 492-5077
      E-mail: robert_scherschligt@fd.org

## PROOF OF SERVICE

I hereby certify that on April 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Patrick D. Hansen
Assistant United States Attorney
Office of the United States Attorney
318 South Sixth Street
Springfield, Illinois 62701

Mr. Gregory N. Wittner, Esq.
Wittner, Spewak, Maylack & Spooner, P.C.
7733 Forsyth Blvd., Suite 2000
Clayton, Missouri 63105

By:   s/ Robert J. Scherschligt
      Robert J. Scherschligt
      Assistant Federal Defender

600 East Adams Street, 2nd Floor
Springfield, Illinois  62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: robert_scherschligt@fd.org