**E-FILED**
Tuesday, 15 April, 2008  12:47:07 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.    3:08-cr-30011-JES-BGC |
| | ) | |
| v. | ) | |
| | ) | |
| JANESE E. JORDAN, | ) | |
| | ) | |
| Defendant, | ) | |

## MOTION FOR TRAVEL PERMIT

COMES NOW the Defendant Janese E. Jordan, by and through her counsel, Gregory N. Wittner, and moves this Honorable Court for its Order issuing the Defendant a travel permit, and in support thereof, states to the Court as follows:

1.      On or about February 11, 2008, this Court entered its Order Setting Conditions Of Release, one of which restricts the Defendant's place of abode or travel to the Southern and Central Districts of Illinois, and further allows the Defendant to travel to the St. Louis Metropolitan area for the limited purpose of interviews and/or employment.

2.      The Defendant is a member of the St. Louis Sabres Women's Rugby Club, which is a traveling national caliber rugby team.

3.      Accordingly, and pursuant to the terms and conditions of the aforementioned Order, the Defendant now seeks an Order of this Court issuing the following travel permits to the Defendant, for the sole and limited purpose of allowing the Defendant to compete and participate as a member of the Sabres Rugby Club, and ultimately to try out for the United States Women's National Rugby Team:

a.    The Missouri Union Rugby Challenge Match.
April 18-April 20, 2008, Boulder, Colorado

b.    USA Women's National Rugby Team tryouts.
April 25-April 27, 2008,  Forth Worth, Texas

c.    St. Louis Sabres v. Kansas City Jazz
May 3, 2008-Kansas City, Missouri

4.    The instant Motion has not been initiated for the improper purpose of causing undue delay, prejudice and/or harm for either the Court or the Government, but rather for the appropriate reasons previously asserted herein.

WHEREFORE, and for all of the foregoing reasons, the Defendant respectfully requests that the relief sought herein be granted and for such other and further relief as the Court deems just and appropriate.


SO ORDERED:

_____
Honorable Byron G. Cudmore
U.S. Magistrate Judge United States District Court
Central District of Illinois
Springfield Division

Respectfully submitted,

WITTNER, SPEWAK,
   MAYLACK & SPOONER, P.C.

By:     /s/ Gregory N. Wittner
       Gregory N. Wittner, MBE #43278
       Attorney for Defendant
       7733 Forsyth Blvd., Suite 2000
       Clayton, Missouri 63105
       (314) 862-3535  Office
       (314) 862-5741  Facsimile

## PROOF OF SERVICE

     I hereby certify that the foregoing was made available electronically on the 15th day of April, 2008 to : Mr. Patrick D. Hansen, Assistant U.S. Attorneys Office, Office of the United States Attorney, 318 South Sixth Street, Springfield, Illinois 62701.

          /s/ Gregory N. Wittner