IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 08-30011 |
| | ) | |
| JANESE E. JORDAN, | ) | |
| | ) | |
| Defendant. | ) | |

### GOVERNMENT'S MOTION TO CONTINUE AND RESET FOR PLEA HEARING

Now comes the United States of America, by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Patrick D. Hansen, Assistant United States Attorney, and respectfully requests that the Court continue this matter, and reset for a plea hearing, and in furtherance of such, the United States submits the following:

1.   The Court has set the matter for a pre-trial conference on Monday, June 30, 2008 at 10:30 a.m.  The trial is set for July 1, 2008.

2.   The parties will be filing a "Plea Agreement and Stipulation of Facts" later this date.  If accepted by the Court, this will obviate the need for a trial.

1

3. The government and retained counsel for the defendant in this matter is Gregory Wittner, Esq., who is based in Clayton, Missouri, respectfully request that this Court continue the matter, and reset it for a plea hearing during the week of July 7, 2008.

Wherefore, the United States of America respectfully requests that this matter be moved approximately one week for hearing on the change of plea.

        Respectfully Submitted,

        RODGER A. HEATON
        UNITED STATES ATTORNEY

By:   s/Patrick D. Hansen
       Patrick D. Hansen
       Assistant United States Attorney
       Illinois Bar No. 6187536
       318 South 6th Street
       Springfield, IL 62701
       Telephone: (217) 492-4450
       patrick.hansen@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on June 26, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Counsel for Defendant

      s/Patrick D. Hansen
      Patrick D. Hansen
      Assistant United States Attorney
      318 South Sixth Street
      Springfield, IL 62701
      (217) 492-4450
      Fax: (217) 492-4512
      patrick.hansen@usdoj.gov