E-FILED
Tuesday, 01 July, 2008 01:09:00 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.   3:08-cr-30011-JES-BGC |
| ) | |
| v. ) | |
| ) | |
| JANESE E. JORDAN, ) | |
| ) | |
| Defendant, ) | |

**CONSENT MOTION TO CONTINUE AND RESET FOR PLEA HEARING**

COMES NOW the Defendant Janese Jordan by and through her counsel Gregory N. Wittner and by consent of Assistant United States Attorney Patrick Hansen, now respectfully request an Order of this Court continuing this matter from the Court's docket of Monday, July 7, 2008, and that the same be reset for a Change of Plea Hearing during the week of Monday, July 14, 2008, and in support thereof state to the Court as follows:

1. On Thursday, June 26, 2008, the Government filed a consent Motion To Continue And Reset For Plea Hearing.

2. On Friday, June 27, 2008, this Court entered its Order sustaining the aforementioned motion, and notified counsel electronically, on that same date, that the matter had been reset on July 7, 2008 at 2:30 p.m. for a Change of Plea Hearing.

3. Counsel for Defendant has a conflict on July 7, 2008, in that he is due to appear in the Circuit Court of Adair County, Missouri, in a case styled as *State of Missouri v. Gabriel Feldman, Adair County Circuit Court Cause Number, 07H4-CR00137,* which has been set for approximately three (3) months.

4. The instant Motion has not been initiated for the improper purposed of causing undue delay, prejudice and/or hardship for either the Court or the Government, but rather for the appropriate reason previously asserted herein.

                Respectfully submitted,
                WITTNER, SPEWAK,
                    MAYLACK & SPOONER, P.C.


By:     /s/ Gregory N. Wittner
      Gregory N. Wittner
      Attorney for Defendant
      7733 Forsyth Blvd., Suite 2000
      Clayton, Missouri 63105
      (314) 862-3535  Office
      (314) 862-5741  Facsimile

## PROOF OF SERVICE

I hereby certify that the foregoing was made available electronically on the 30th day of June, 2008 to : Patrick Hansen, U.S. Attorneys Office, Central District of Illinois, 318 S. 6th Street, Springfield, Illinois, 62701-1806

                /s/ Gregory N. Wittner