UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) | No.  3:08-cr-30011-JES-BGC |
| )<br>v. )<br>) | |
| JANESE E. JORDAN, )<br>)<br>Defendant, ) | |

**CONSENT MOTION TO CONTINUE AND RESET FOR PLEA HEARING**

COMES NOW the Defendant Janese Jordan by and through her counsel Gregory N. Wittner and by consent of Assistant United States Attorney Patrick Hansen, now respectfully request an Order of this Court continuing this matter from the Court's docket of Thursday, July 17, 2008, and **that the same be reset for a Change of Plea Hearing on either the Court's docket of Monday, July 21, 2008 or Wednesday, July 23, 2008**, and in support thereof state to the Court as follows:

1.     On Thursday, July 3, 2008, the undersigned counsel had multiple phone conversations with Mr. Art Cornell, Legal Clerk to the Honorable Jeanne E. Scott, regarding counsel's unavailability to appear for a Change of Plea Hearing on Monday, July 7th, 2008. After discussing several available dates for Ms. Jordan's Change of Plea Hearing, Mr. Cornell advised that it was Judge Scott's decision to assign the matter to this Honorable Court to conduct the said Change of Plea Hearing.

2.     So as to avoid the continuing scheduling problems, the undersigned counsel advised Mr. Cornell that he was specifically available on Monday, July 14, 2008 to conduct the Change of Plea Hearing.  Mr. Cornell advised that the Change of Plea Hearing would in fact, be conducted on Monday, July 14, 2008,  however he could not advise as to the specific

time on Monday, July 14, 2008, that this Court would conduct the Change of Plea Hearing.

3. On Monday, July 7, 2008, the undersigned received via email notification from the Court, that the Change of Plea Hearing had been set on the Court's docket of Thursday, July 17, 2008 at 4:15 p.m.

4. As previously indicated, and pursuant to prior discussions with Mr. Cornell, the undersigned counsel remains unavailable on Thursday, July 17, 2008, which was the purpose of specifically choosing Monday, July 14, 2008 as the date upon which the Change of Plea Hearing would be conducted.

5. On Tuesday July 8, 2008, the undersigned's secretary, Ms. Gina Maness, spoke to a paralegal in Judge Cudmore's chambers, who advised that the Judge and certain court personnel would be unavailable until Tuesday, July 15, 2008. Furthermore, the paralegal indicated that the Court would have available Monday, July 21, 2008 or Wednesday, July 23, 2008 for purposes of conducting the Change of Plea Hearing, and if either one of those dates were acceptable to counsel, that information should be included in a Motion To Continue the July 17, 2008 court date.

6. Accordingly, the instant Motion has not been initiated for the improper purpose of causing undue delay, prejudice and/or hardship for either the Court or the Government, but rather for the appropriate reason previously asserted herein.

    Respectfully submitted,
    WITTNER, SPEWAK,
      MAYLACK & SPOONER, P.C.

By: /s/ Gregory N. Wittner
Gregory N. Wittner
Attorney for Defendant
7733 Forsyth Blvd., Suite 2000
Clayton, Missouri 63105
(314) 862-3535  Office
(314) 862-5741  Facsimile

## PROOF OF SERVICE

I hereby certify that the foregoing was made available electronically on the 8th day of July, 2008 to : Patrick Hansen, U.S. Attorneys Office, Central District of Illinois, 318 S. 6th Street, Springfield, Illinois, 62701-1806

/s/ Gregory N. Wittner